United States District Court
Southern District of Texas
**ENTERED**
December 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANTE D. PRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-3386 |
| | § | |
| GC SERVICES LIMITED PARTNERSHIP, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Order granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 30th day of December, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE